IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| CHRISTOPHER M. BROWN | § | |
| VS. | § | CIVIL ACTION NO. 1:19cv403 |
| DALLAS JONES | § | |

### ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Petitioner Christopher M. Brown, proceeding *pro se*, filed this petition for writ of habeas corpus. The Court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge.

The respondent filed what has been treated as a motion for summary judgment. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending the motion be granted and the petition denied pursuant to Federal Rule of Civil Procedure 56.

The Court has received and considered the Report and Recommendation, along with the record and pleadings. No objections to the Report and Recommendation have been filed.

### ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED** as the opinion of the Court. The motion for summary judgment (doc. no. 5) is **GRANTED**. A final judgment shall be entered in accordance with the recommendation of the magistrate judge.

**SIGNED** this the **23** day of **March, 2022.**

Thad Heartfield
United States District Judge